IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

   *Plaintiff*,

v.                                 Case No.: 4:24cv142-MW/MJF

**SECRETARY DEPARTMENT
OF CORRECTIONS FACILITY
SUPPORT, et al.,**

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. The Magistrate Judge recommends dismissal for failure to prosecute, failure to comply with Court Orders, and failure to pay the filing fee. This Court has independently verified that neither of the Magistrate Judge's prior orders have been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 17, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are

**DISMISSED** for failure to prosecute, failure to comply with Court Orders, and failure to pay the filing fee." The Clerk shall close the file.

    **SO ORDERED on August 28, 2024.**

                                              <u>s/Mark E. Walker</u>
                                              **Chief United States District Judge**